■ In the Matter of SOTIRIOS TSOUKAS, Also Known as STEVE TSOUKAS, Appellant, v KONSTANTINOS TSOUKAS et al., Respondents. [1 NYS3d 822]—

In a proceeding pursuant to Business Corporation Law § 1104 (a) for the judicial dissolution of a corporation, the petitioner appeals from an order of the Supreme Court, Richmond County (Fusco, J.), dated April 10, 2012, which denied his motion, inter alia, to vacate the note of issue and the certificate of readiness.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order dated April 10, 2012, must be dismissed since the right of direct appeal therefrom terminated with the entry of judgment in the proceeding (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the companion appeal from the amended judgment (*see* CPLR 5501 [a] [1]; *Matter of Tsoukas v Tsoukas*, 125 AD3d 872 [2015] [decided herewith]). Rivera, J.P., Hall, Cohen and Miller, JJ., concur.